# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| KIMBERLY PROSSER, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No.: 2:15-CV-04179 |
| | ) | |
| vs. | ) | |
| | ) | |
| MAXION WHEELS, BERNIE POLZIN, | ) | Removed from Pettis County Circuit Court, |
| and THERESA PATTON, | ) | Case No.: 15PT – CC00176 |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER

Plaintiff, Kimberly Prosser, in response to the Court's September 8, 2015 Order to Show Cause, states that, at this point in time, she has no information to dispute the assertions presented by Maxion Wheels in its response of September 10, 2015 [doc. 11].

Respectfully Submitted,
**EMPLOYEE RIGHTS LAW FIRM**
**Law Offices of Mark A. Jess, LLC**

_____
Mark A. Jess             MO No. 37946
Christie Jess            MO No. 44919
John J. Ziegelmeyer III  MO No. 59042
Kansas City Livestock Exchange Building
1600 Genessee, Suite 842
Kansas City, MO 64102-5639
Ph: 816.474.4600
Fx: 816.474.4601
mark.jess@employeerightslawfirm.com
christie.jess@employeerightslawfirm.com
john.z@employeerightslawfirm.com
www.employeerightslawfirm.com

*ATTORNEYS FOR THE PLAINTIFF*

2

Case 2:15-cv-04179-MDH   Document 12   Filed 09/14/15   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on Monday, September 14, 2015 via the Court's CM/ECF system with notice of same being sent to:

J. Randall Coffey, Esq.
Melody L. Rayl, Esq.
FISHER & PHILLIPS
4900 Main Street
Suite 650
Kansas City, MO 64112
816.842.8770
816.842.8767 – fax
rcoffey@laborlawyers.com
mrayl@laborlawyers.com

_____
*ATTORNEYS FOR THE PLAINTIFF*