IN THE CIRCUIT UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| KIMBERLY PROSSER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:15-CV-04179-MDH |
| MAXION WHEELS and BERNIE POLZIN, and THERESA PATTON, | ) |
| Defendants. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Maxion Wheels Sedalia LLC (improperly named as "Maxion Wheels" in plaintiff's First Amended Petition), by and through the undersigned counsel, hereby submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and U.S. District Court for the Western District of Missouri Local Rule 7.1:

1. Maxion Wheels Sedalia LLC is a limited liability company organized under the laws of the state of Delaware.

2. The sole member of Maxion Wheels Sedalia LLC is Maxion Wheels U.S.A. LLC, which is a Delaware limited liability company.

3. The sole member of Maxion Wheels U.S.A. LLC is Maxion Wheels, which is a Delaware corporation.

4. Maxion Wheels' sole stockholder is Iochpe Holdings, LLC, which is a Delaware limited liability company.

1

5. The sole member of Iochpe Holdings, LLC is Iochpe-Maxion S.A., which is a publicly traded company registered with the Board of Trade of the State of Sao Paulo, Brazil, and no single stockholder holds over 10% of its stock.

Respectfully submitted,

/s/ *Melody L. Rayl*
J. Randall Coffey      MO Bar No. 35070
Melody L. Rayl      MO Bar No. 60362
FISHER & PHILLIPS LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
TEL: (816) 842-8770
FAX: (816) 842-8767
Email: rcoffey@laborlawyers.com
Email: mrayl@laborlawyers.com
ATTORNEYS FOR DEFENDANT
MAXION WHEELS

CERTIFICATE OF SERVICE

I hereby certify that on this __24th__ day of September, 2015, a copy of the above and foregoing was electronically by the Court's CM/ECF Filing System, which sends a notice of electronic filing to:

Mark A. Jess
Christie Jess
John J. Ziegelmeyer
EMPLOYEE RIGHTS LAW FIRM
Law Offices of Mark A. Jess, LLC
1600 Genessee, Suite 842
Kansas City, MO 64102-5639
TEL: (816) 474-4600 / FAX: (816) 474-4601
Email: mark.jess@employeerightslawfirm.com
Email: Christie.jess@employeerightslawfirm.com
Email: john.z@employeerightslawfirm.com
ATTORNEYS FOR PLAINTIFF

/s/ *Melody L. Rayl*
Attorney for Defendant